**Order entered November 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01389-CR

### EX PARTE CARL ALLEN WELCH

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 31,927**

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying relief sought by his pretrial application for writ of habeas corpus. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Hunt County District Clerk to file, by **December 5, 2019**, a clerk's record containing copies of the indictment, the pretrial application for writ of habeas corpus, any response by the State, the trial court's order disposing of the writ application, any other documents filed that relate to the writ application, and the trial court's certification of appellant's right to appeal.

We **ORDER** the court reporter to file, by **December 5, 2019**, either the reporter's record of the hearing on the writ application or written verification that no hearing was conducted.

We **ORDER** appellant to file his brief by **December 31, 2019**. We **ORDER** the State to file its brief by **January 24, 2020**. After the record and briefs have been filed, the Court will notify the parties of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable J. Andrew Bench, Presiding Judge, 196th Judicial District Court; Dorita Robins, official court reporter, 196th Judicial District Court; Susan Spradling, Hunt County District Clerk; and counsel for all parties.

/s/    LANA MYERS
JUSTICE